DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

WILLIAMS v. BROSNAN

No. 583P86.

Case below: 82 N.C. App. 593.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by defendants to dismiss appeal for lack of significant public interest allowed 6 January 1987.

WOOD v. LINDSAY PUBLISHING COMPANY

No. 622P86.

Case below: 82 N.C. App. 763.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.

PETITIONS TO REHEAR

ALFORD v. SHAW

No. 132PA85.

Case below: 318 N.C. 289.

Petition by plaintiff allowed 6 January 1987.

FORBES HOMES, INC. v. TRIMPI

No. 326A86.

Case below: 318 N.C. 473.

Petition by plaintiff denied 6 January 1987.

IN RE STALLINGS

No. 716PA85.

Case below: 318 N.C. 565.

Petition by juvenile allowed 6 January 1987.